

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

**WRITER'S DIRECT DIAL LINE**
TODD D. BRODY
TELEPHONE: (212) 336-0080
FACSIMILE: (212) 336-1324

April 9, 2018

*Via FAX*

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



          Re:    **SEC v. Gruss: 11-CV-2420**

Dear Judge Sweet:

The parties wish to inform the Court that the parties have reached an agreement that will resolve
the remainder of the case and that this settlement was approved by the Commission. The parties
are completing the documentation of the agreement, which we anticipate filing for the Court's
approval in the near future. As a consequence, the parties agree that the conference scheduled
for April 10 is not necessary and can be removed from the calendar. We thank the Court for its
consideration. I can be reached at (212) 336-0080 if the Court has any questions.

                    Respectfully submitted,

                    _____/s/ Todd D. Brody_____
                    Todd D. Brody
                    Senior Trial Counsel

cc: Nathaniel H. Akerman (via email)

*So ordered*
*Sweet*
*USDJ*
*4.9.18*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|9|18